UNITED STATES of America,
Plaintiff–Appellee,

v.

Frederick WARD, Defendant–Appellant.

No. 14–14540
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 4, 2015.

Yvette Rhodes, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, James D. Mandolfo, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Adeel Bashir, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Frederick Ward, Coleman, FL, pro se.

Before MARTIN, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Adeel Bashir, appointed counsel for Frederick Ward in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no argua-ble issues of merit, counsel's motion to withdraw is **GRANTED**, and Ward's conviction and sentence are **AFFIRMED**.